# W

## FINANCIAL

As agent appointed to collect Funds for 38th Avenue Mezz LLC

July 18, 2016

Hong Qin Jiang
Shirokia Development LLC
142-28 38th Avenue,
Flushing, New York 11354

**Borrower: Shirokia Development LLC**
**Premises: 142-28 38th Avenue, Commercial Unit Com1A, Community Facility Units CF-2A, CF-2B and CF-2C, Residential Units 3-A, 3-B, 5-A, 5-B, 6-A, 6-B, 6-C, 7-A, 7-B, 7-C, 8-A, 8-B, 8-C, 9-A, 9-B, 9-C, 10-A, 10-B, 10-C, PH-A, 11-B and 11-C, and Parking Units P-1 through P-47, Flushing, New York 11354**

Dear Hong:

As requested, the following is a statement of the amount that would be required <u>before 12:00 noon on July 18, 2016</u> for assignment of the loan held by W Financial Fund, LP. Funds received <u>after 12:00 noon on July 18, 2016</u> will require the addition of <u>$12,539.24</u> interest per day. Payments are accepted by wire transfer only.

| | |
|---|---:|
| 1. Principal balance on first mortgage & Mezzanine Loan | $18,808,865.38 |
| 2. Interest accrued on First mortgage and Mezzanine Loan | $2,165,181.91 |
| 3. Deferred origination fee | $200,000.00 |
| 4. Estimate of Legal Fees - Mortgage Lender | $77,000.00 |
| 5. Estimate of Legal Fees - Mezz Lender | $57,000.00 |
| 6. Fee for appraisal | $500.00 |
| 7. Cost of Bond for Receiver | $1,176.00 |
| 8. Late fee on February Payment | $3,769.68 |
| 9. Refund of escrow accounts | -$16,644.94 |
| 10. Lenders Satisfaction/Assignment Fee | $1,500.00 |
| **Amount Due before 12:00 noon on July 18, 2016:** | **$21,298,348.03** |

Wiring Instructions to W Financial Fund, LP:
Manufacturers & Traders Trust Co.
(M & T Bank)
350 Park Avenue
New York, N.Y. 10022
ABA #022000046
Beneficiary Name: W Financial Fund LP
Beneficiary Account Number: 9859143274

In addition to the payoff amounts set forth above, the fee for our attorneys, Meister Seelig & Fein LLP, for preparation of the Assignment of Mortgage, Allonge, Termination of Assignment of Leases and Rents and UCC-3 termination statements will be $1,750.00, which amount must be paid by wire transfer. Additional fees will be charged in the event of an adjournment of the closing and/or preparation of additional payoff letters or assignment/release documents. Please arrange for a separate wire transfer to Meister Seelig & Fein LLP in the amount of $1,750.00 per the attached wire instructions."

This letter has been prepared at the request of the Borrower and may not be used as an estoppel against W Financial Fund, LP, 38th Avenue Mezz LLC or any other party. Neither W Financial Fund, LP or Meister, Seelig & Fein LLP nor any of their employees or agents will be liable for any errors or omissions in the contents of this letter.

SPECIAL SITUATION FINANCING FOR COMMERCIAL REAL ESTATE
149 Madison Avenue Seventh Floor, New York, NY 10016 • (212) 684-2283 • Fax (212) 532-1222 • info@w-fund.com • www.w-fund.com